UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 11-2576 & 11-2577
_____

Frescati Shipping Co., Ltd.
v.
Citgo Asphalt Refining Co.

_____

CLERK'S RULING ON OBJECTIONS TO TAXATION OF COSTS
_____

  This ruling is issued to resolve the dispute concerning the taxation of costs in the above-captioned appeal. In accordance with this Court's normal practice, the Clerk will rule in the first instance on the objections to the bill. In re: Penn Central Transportation Co., 630 F.2d 183, 186 and 191 (3d Cir. 1980).

  By Opinion and Judgment entered May 16, 2013, this Court affirmed in part, and vacated and remanded in part the judgments of the District Court. Costs were taxed against Appellees, CITGO Asphalt Refining Co., CITGO Petroleum Corp. and CITGO East Oil Corp, (hereinafter "CITGO".). On May 30, 2013, Appellants, Frescati Shipping Co. and Tsakos Shipping & Trading (hereinafter "Owner") filed their bill of costs. CITGO objected on June 13, 2013.

  CITGO objects to the bill of costs on the ground that the costs requested by Owner exceeds the maximum allowable rates under 3d Cir. L.A.R. 39.3(c)(2). The objection will be sustained.

  A party is entitled to recover the costs for photocopies at a rate of $.10 per page. See 3d Cir. L.A.R. 39.3(c)(2). Owner is seeking to recover the costs for photocopies at a rate of $.12 per page for their principal and reply briefs. That amount exceeds the amounts allowable for these services as set forth in 3d Cir. L.A.R. 39.3(c)(2) and the bill will be reduced.

  Owner is seeking to recover the costs for reproducing the appendix a rate of $4.00 per page. That rate is applicable to documents produced by reproduction. Neither the bill nor the attached invoices support that the appendix was produced by a means other

than photocopying. Accordingly, the bill will be reduced to the rate of $.10 per page for photocopies.

Owner is seeking to recover the costs associated with oversized and color copies. The rules of this Court do not separate those copies from regular black and white copies. Accordingly, the costs associated with the oversized and color copies may only be recovered at the rate of $.10 per page. The bill will be reduced.

Lastly, Owner seeks to recover the costs for binding the appendix at a rate of $3.95 per copy, and $50 for covers of the appendix. Review of the invoice from NJ Legal indicates that binding and covers were combined at a rate of $3.95 per copy. The bill will be reduced accordingly.

A mandate taxing costs in the amount of $2368.99 will be issued. Any objection to this ruling is to be filed within fourteen (14) days of this date. Costs will be taxed as follows:

COSTS TAXED AGAINST APPELLEES:

| | |
|---|---|
| Docketing Fee | $ 450.00 |
| Brief (13 copies x 76 pages x $.10 per page) | 98.80 |
| Appendix (7 copies x 2322 pages x $.10 per page plus $3.95 per copy binding/covers) | 1653.05 |
| Reply Brief (13 copies x 32 pages x $.10 per page | 41.60 |
| Sales tax (7%) | 125.54 |
| TOTAL | $2368.99 |

Dated: August 7, 2013



A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk